WO

___ FILED    ___ LODGED
___ RECEIVED ___ COPY

JUN 1 3 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

Victor Cornejo-Pedroza

*ORDER OF DETENTION PENDING TRIAL*

Case Number:  CR 00-00543-001-PHX-EHC

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on June 13, 2006. Defendant was present and was represented by counsel. I conclude by a preponderance of the evidence the defendant is a serious flight risk and order the detention of the defendant pending trial in this case.

## FINDINGS OF FACT

I find by a preponderance of the evidence that:

☒  The defendant is not a citizen of the United States or lawfully admitted for permanent residence.

☒  The defendant, at the time of the charged offense, was in the United States illegally.

☒  If released herein, the defendant faces removal proceedings by the Bureau of Immigration and Customs Enforcement, placing him/her beyond the jurisdiction of this Court and the defendant has previously been deported or otherwise removed.

☐  The defendant has no significant contacts in the United States or in the District of Arizona.

☒  The defendant has no resources in the United States from which he/she might make a bond reasonably calculated to assure his/her future appearance.

☒  The defendant has a prior criminal history.

☐  The defendant lives/works in Mexico.

☐  The defendant is an amnesty applicant but has no substantial ties in Arizona or in the United States and has substantial family ties to Mexico.

☐  There is a record of prior failure to appear in court as ordered.

☐  The defendant attempted to evade law enforcement contact by fleeing from law enforcement.

☐  The defendant is facing a maximum of _____ years imprisonment.

☐  _____

The Court incorporates by reference the material findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter, except as noted in the record.

## CONCLUSIONS OF LAW

1.    There is a serious risk that the defendant will flee.

2.    No condition or combination of conditions will reasonably assure the appearance of the defendant as required.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

## APPEALS AND THIRD PARTY RELEASE

IT IS ORDERED that should an appeal of this detention order be filed with the District Court, it is counsel's responsibility to deliver a copy of the motion for review/reconsideration to Pretrial Services at least one day prior to the hearing set before the District Court.

IT IS FURTHER ORDERED that if a release to a third party is to be considered, it is counsel's responsibility to notify Pretrial Services sufficiently in advance of the hearing before the District Court to allow Pretrial Services an opportunity to interview and investigate the potential third party custodian.

DATE:   June 13, 2006

VIRGINIA A. MATHIS
United States Magistrate Judge

```
                                                            ___ FILED      ___ LODGED
WO                                                          ___ RECEIVED   ___ COPY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

```
                                                               JUN 1 3 2006

                                                        CLERK U S DISTRICT COURT
                                                         DISTRICT OF ARIZONA
                                                        BY_____ DEPUTY
```

UNITED STATES OF AMERICA

v.                                           ***ORDER OF DETENTION PENDING TRIAL***

German Gastelum-Leyva                        Case Number:  06-00234M-001

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on June 13, 2006. Defendant was present and was represented by counsel. I conclude by a preponderance of the evidence the defendant is a serious flight risk and order the detention of the defendant pending trial in this case.

## FINDINGS OF FACT

I find by a preponderance of the evidence that:

- ☒ The defendant is not a citizen of the United States or lawfully admitted for permanent residence.
- ☒ The defendant, at the time of the charged offense, was in the United States illegally.
- ☒ If released herein, the defendant faces removal proceedings by the Bureau of Immigration and Customs Enforcement, placing him/her beyond the jurisdiction of this Court and the defendant has previously been deported or otherwise removed.
- ☒ The defendant has no significant contacts in the United States or in the District of Arizona.
- ☒ The defendant has no resources in the United States from which he/she might make a bond reasonably calculated to assure his/her future appearance.
- ☒ The defendant has a prior criminal history.
- ☐ The defendant lives/works in Mexico.
- ☐ The defendant is an amnesty applicant but has no substantial ties in Arizona or in the United States and has substantial family ties to Mexico.
- ☐ There is a record of prior failure to appear in court as ordered.
- ☐ The defendant attempted to evade law enforcement contact by fleeing from law enforcement.
- ☐ The defendant is facing a maximum of _____ years imprisonment.
- ☐ _____

The Court incorporates by reference the material findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter, except as noted in the record.

## CONCLUSIONS OF LAW

1. There is a serious risk that the defendant will flee.
2. No condition or combination of conditions will reasonably assure the appearance of the defendant as required.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

## APPEALS AND THIRD PARTY RELEASE

IT IS ORDERED that should an appeal of this detention order be filed with the District Court, it is counsel's responsibility to deliver a copy of the motion for review/reconsideration to Pretrial Services at least one day prior to the hearing set before the District Court.

IT IS FURTHER ORDERED that if a release to a third party is to be considered, it is counsel's responsibility to notify Pretrial Services sufficiently in advance of the hearing before the District Court to allow Pretrial Services an opportunity to interview and investigate the potential third party custodian.

DATE:  June 13, 2006

VIRGINIA A. MATHIS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

```
┌─────────────────────────────────┐
│ ___ FILED      ___ LODGED        │
│ ___ RECEIVED   ___ COPY          │
│                                  │
│        JUN 1 4 2006              │
│                                  │
│ CLERK U S DISTRICT COURT         │
│   DISTRICT OF ARIZONA            │
│ _____ P DEPUTY    │
└─────────────────────────────────┘
```

| | | |
|---|---|---|
| United States of America, | ) | NO. CR-05-01238-PHX-DGC |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF DELIVERANCE |
| | ) | OF PASSPORT |
| GERARD P. MEDINA | ) | |
| Defendant. | ) | |

TO:   Office of Passport Policy and Advisory Services
        2100 Pennsylvania Ave., NW, 3rd
        Washington, DC  20037

☒   Pursuant to order of the court signed by MAGISTRATE JUDGE David G Campbell in the above case, Passport Number 037365944, issued at Passport Agency Los Angeles , on  March 20, 2000 to the above named defendant, was surrendered to the custody of the Clerk of Court at Phoenix, Arizona on June 14, 2006 , and the defendant is not to apply for the issuance of another passport during the pendency of this action.  Additional information regarding the bearer of this passport:

Year of Birth: 1956        Place of Birth: Arizona, U.S.A.

☐   Pursuant to order of the court signed by_ in the above case the above named defendant has not surrendered his/her passport to the custody of the Clerk of Court.  The defendant is not to apply for the issuance of another passport during the pendency of this action.

DATE: June 14, 2006

                    RICHARD H. WEARE, DCE/CLERK OF COURT

                    By:  _____
                            Patsy Muñoz, Deputy Clerk

                    RECEIPT

This will acknowledge receipt of Passport Number _ previously surrendered to the Court pursuant to prior order of the court.

DATE: _____        _____
                                                    Owner of Passport

DOCUMENT USED FOR IDENTIFICATION PURPOSES:

_____

cc:   Passport Office (certified copy)/Defendant/Pretrial Services

I hereby attest and certify on _6/14/06_ that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
by_____ Deputy